

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ALBERTO PENA, | § | No. 08-16-00236-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D04958) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **April 28, 2017**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 28, 2017.

IT IS SO ORDERED this 3rd day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.